JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>Monique S. Mason,<br><br>            Defendant | No. CV 11-0105<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Monique S. Mason, in the principal amount of $6,165.93 plus interest accrued to January 3, 2011, in the sum of $8,214.26; with interest accruing thereafter at daily rate of $1.47 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$14,380.19**.

DATED: April 14, 2011          By: Terry Nafisi
                                   Clerk of the Court

                                   A. Martinez
                                   Deputy Clerk
                                   United States District Court